McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGEEB KASSEM and NORA KASSEM,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | No. 1: 08-cv-00010 AWI SMS<br><br>**JOINT STIPULATION AND ORDER** |

This is an immigration mandamus case in which Plaintiffs Nageeb and Nora Kassem challenge, among other things, the alleged delay in the completion of Nageeb Kassem's background check by Immigration and Customs Enforcement, along with the resulting alleged delay in the adjudication of Nageeb Kassem's pending application to adjust status to that of lawful permanent resident. The parties respectfully inform the Court that, based on recent administrative action involving the plaintiffs, they hereby stipulate to a 10-day extension of time for the government to file its answer to the complaint, until May 12, 2008.

DATED: May 2, 2008

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

_/s/ Audrey B. Hemesath_____

|   |   |
|---|---|
| 1 | Audrey B. Hemesath |
| 2 | Assistant U.S. Attorney |
| 3 | /s/ Bruce Leichty |
|   | Bruce Leichty |
| 4 | Attorney for the Plaintiffs |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to file an answer to the complaint is extended to May 12, 2008.

IT IS SO ORDERED.

**Dated:   May 13, 2008**             /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

2