1  Bruce Leichty, #132876
   Law Offices of Bruce Leichty
2  625-A Third Street
   Clovis, California  93612-1140
3  (559) 298-5900
   (559) 322-2425 (fax)
4  leichty@sbcglobal.net
   1623STI.827
5
   Attorney for Nageeb Kassem and
6   and Nora Kassem, Plaintiffs and Petitioners

7

8                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
9

10  NAGEEB KASSEM,                         )    Case No.
    NORA KASSEM,                           )
11                                         )
        Plaintiffs/Petitioners,            )    1:08cv-00010 AWI SMS
12                                         )
    v.                                     )
13                                         )
    MICHAEL CHERTOFF, PERSONALLY AND       )    IMMIGRATION CASE
14  IN HIS CAPACITY AS SECRETARY FOR       )
    DEPARTMENT OF HOMELAND SECURITY;       )
15  JULIE MYERS, PERSONALLY AND            )
    AS ASSISTANT SECRETARY                 )
16  FOR HOMELAND SECURITY                  )
    FOR IMMIGRATION AND CUSTOMS            )
17  ENFORCEMENT; JONATHAN SCHARFEN,        )
    PERSONALLY AND AS ASSISTANT            )
18  SECRETARY FOR HOMELAND SECURITY        )
    AND ACTING DIRECTOR OF                 )
19  BUREAU OF CITIZENSHIP                  )     ORDER AND
    AND IMMIGRATION SERVICES;              )    STIPULATION FOR
20  FRANCISCO DISTRICT OF USCIS;           )    RESETTING OF HEARING
    DON L. RIDING, PERSONALLY AND          )    AND FOR DEADLINES
21  AS FIELD OFFICE DIRECTOR FOR           )    TO FILE OPPOSITION
    FRESNO FIELD OFFICE OF USCIS;          )    AND REPLY BRIEFS
22  NANCY ALCANTAR, PERSONALLY AND         )
    AS DIRECTOR, SAN FRANCISCO             )    New Hearing Date:
23  DISTRICT OF ICE; RONALD LEFEVRE,       )      October 20, 2008
    CHIEF LEGAL COUNSEL, SAN               )    Time:  1:30 p.m.
24  FRANCISCO DISTRICT OF ICE/USCIS;       )    Judge:  Hon. Anthony
    MICHAEL MUKASEY, IN HIS CAPACITY       )       W. Ishii
25  AS ATTORNEY GENERAL AND SECRETARY      )
    OF DEPARTMENT OF JUSTICE;              )    Old Hearing Date and
26                                         )    Time: 9/22/08, 1:30 p.m.
    DAVID L. NEAL, IN HIS                  )
27  CAPACITY AS CHIEF JUDGE OF             )
    EXECUTIVE OFFICE FOR IMMIGRATION       )
28  REVIEW; POLLY WEBBER, IN HER           )
    CAPACITY AS ADMINISTRATIVE LAW         )
    JUDGE WITH EXECUTIVE OFFICE FOR        )

```
IMMIGRATION REVIEW,              )
DOES I THROUGH VII;              )
                                 )
        Defendants/Respondents,  )
_____)
```

The above-named Plaintiffs, Defendants and Respondents, including all moving parties filing a Motion to Dismiss for Lack of Jurisdiction [etc.] ("MTD") as to defendants in their official capacities filed herein 8/15/2008 ("Movants"), hereby recite, stipulate and agree through undersigned counsel as follows:

1. Movants set and noticed a hearing on their MTD for September 22, 2008 without any foreknowledge of the selection of that hearing date by Plaintiffs' counsel.

2. Plaintiffs' counsel has represented that he will not be in Fresno on September 22, 2008, and that he has an irreconcilable conflict preventing his appearance in court in Fresno that morning. Plaintiffs' counsel has represented that he also faces significant litigation demands in multiple cases after his return from an August vacation such that he needs additional time to draft papers responding to the MTD.

3. Accordingly, the Defendants and Plaintiffs agree as follows:

    (a) The hearing on the MTD set by Movants for 1:30 p.m. 9/22/08 shall be reset for 10/20/08 at the same time and place.

    (b) Any response to the MTD shall be filed by 9/12/2008.

    (c) Movants shall file their reply by 10/10/2008.

4. This stipulation is for the convenience of the parties only and may not be deemed a waiver as to any substantive right or remedy, or used by any party as evidence relating to any of the contentions of the pleadings or MTD herein.

```
Date: 8/27/2008            LAW OFFICES OF BRUCE LEICHTY


                              /s/ Bruce Leichty
                           Bruce Leichty, Attorney for Nageeb
                            Kassem and Nora Kassem,
                            Plaintiffs and Petitioners



Date: 8/27/2008            McGregor W. Scott
                           United States Attorney


                            /s/ Audrey B. Hemesath
                           Audrey B. Hemesath, Assistant
                            U.S. Attorney


                                  ORDER
```

IT IS SO ORDERED.

**Dated:   September 1, 2008**            **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE