IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGEEB KASSEM, and NORA KASSEM,<br><br>    Plaintiffs,<br> v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants. | CIV F 08-10  AWI SMS<br><br>ORDER VACATING OCTOBER 20, 2008, HEARING DATE AND RESCHEDULING THE MATTER FOR NOVEMBER 10, 2008<br><br>(Doc. No. 43) |

  Currently set for hearing and decision on October 20, 2008, is a motion to dismiss.  This motion is an attempt to dismiss defendants in so far as they are sued in their official capacities.  Also set for hearing and decision is motion to dismiss the defendants in so far as they are sued in their individual capacities.  That motion is set for November 10, 2008.  The Court believes that it is a more advantageous use of judicial resources to have a single hearing for these two related motions.

  Accordingly, IT IS HEREBY ORDERED that the October 20, 2008, hearing date is VACATED and the new hearing date will be November 10, 2008, so that the two pending motions to dismiss may be heard jointly.

IT IS SO ORDERED.

Dated:  October 14, 2008     /s/ Anthony W. Ishii
                  CHIEF UNITED STATES DISTRICT JUDGE