# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGEEB KASSEM, NORA KASSEM,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of<br>Homeland Security, et al.,<br><br>　　　　　　　Defendants. | 1:08-CV-0010 AWI SMS<br><br>ORDER VACATING NOVEMBER 10, 2008 HEARING ON DEFENDANTS' MOTION TO DISMISS |

Defendants have filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. The motion has been set for oral argument to be heard on November 10, 2008. The court has reviewed the pleading papers and finds this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 10, 2008, is VACATED, and the parties shall not appear at that time. As of November 10, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　November 6, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1