# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGEEB KASSEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary Department of Homeland Security, et al., <br><br> Defendants. | 08-CV-00010 AWI-SMS <br><br> ORDER MODIFYING COURT'S MARCH 26, 2009 ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM WITH LEAVE TO AMEND <br><br> (Document #58) |

On March 26, 2009, the court granted Official Capacity Defendants and Individual Capacity Defendants' motions to dismiss Plaintiffs' claims against them and granted Plaintiffs leave to amend. The court inadvertently omitted a due date for Plaintiffs to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are to file an amended complaint on or by May 1, 2009.

IT IS SO ORDERED.

Dated: **April 21, 2009**                      **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE