IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGEEB KASSEM and NORA KASSEM,<br><br>            Plaintiffs,<br><br>   v.<br><br>JANET NAPOLITANO, et al.,<br><br>            Defendants. | NO. 1:08-CV-00010-AWI-SMS<br><br>ORDER VACATING AUGUST 3, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on August 3, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 3, 2009, is VACATED, and the parties shall not appear at that time. As of August 3, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 29, 2009                                    /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE