Rosy H. Cho, CBN 175704
Law Office of Rosy H. Cho
405 Sansome Street, Suite 400
San Francisco, CA 94111
Telephone:   (415) 274-9920
Facsimile:    (415) 781-6683
e-mail: rosy@rosycholaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAGEEB KASSEM AND NORA KASSEM, | Case No. 1:08-cv-00010 AWI_SMS |
| Plaintiffs, | STIPULATION TO CONTINUE MAY 10, 2010 SCHEDULING CONFERENCE AND ORDER |
| v. | |
| JANET NAPOLITANO, et al., | |
| Defendants | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, Rosy H. Cho, attorney for Plaintiffs Nageeb Kassem and Nora Kassem, Aram A. Gavoor, attorney for Defendants, that:

WHEREAS, the Court has set a Scheduling Conference in the above-entitled action for May 10, 2010;

WHEREAS, Plaintiffs' counsel has just been retained and has not yet received Plaintiffs' file from their former counsel, Bruce Leichty;

WHEREAS, Plaintiff's counsel needs additional time to review the long history of

this matter;

NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court enter an order as follows:

1. The Scheduling Conference shall be continued from May 10, 2010 for at least 60 days, or as soon thereafter as is convenient for the Court.

The parties respectfully request that the Court approve this Stipulation.

Dated: April 29, 2010  By: /s/ Rosy H. Cho
Rosy H. Cho, Esq.
Attorney for Plaintiffs

Dated: April 29, 2010  By: /s/ Aram A. Gavoor
Aram A. Gavoor, Esq.
Attorney for Defendants

## **ORDER**

The above stipulation by the parties is hereby approved by the Court.

The **Telephonic** Scheduling Conference hearing is continued from May 10, 2010 to July 20, 2010 at 9:15 a.m. before Judge Snyder in Courtroom #7.

IT IS SO ORDERED.

Dated:  May 4, 2010          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com