Rosy H. Cho, CBN 175704
Law Office of Rosy H. Cho
405 Sansome Street, Suite 400
San Francisco, CA 94111
Telephone:  (415) 274-9920
Facsimile:   (415) 781-6683
e-mail: rosy@rosycholaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAGEEB KASSEM AND NORA KASSEM, | Case No. 1:08-cv-00010 AWI_SMS |
| Plaintiffs, | STIPULATION TO CONTINUE JULY 20, 2010 TELEPHONIC SCHEDULING CONFERENCE AND ORDER |
| v. | |
| JANET NAPOLITANO, et al., | |
| Defendants | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, Rosy H. Cho, attorney for Plaintiffs Nageeb Kassem and Nora Kassem, Aram A. Gavoor, attorney for Defendants, that:

WHEREAS, the Court has set a Telephonic Scheduling Conference in the above-entitled action for July 20, 2010;

WHEREAS, Plaintiffs' counsel has filed a motion to reopen with the Board of Immigration Appeals and is awaiting its decision which will impact the course of this

PDF created with pdfFactory trial version www.pdffactory.com

action;

NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court enter an order as follows:

1.  The Scheduling Conference shall be continued from July 20, 2010 for at least ninety (90) days, or thereafter as is convenient for the Court.

The parties respectfully request that the Court approve this Stipulation.

Dated: July 15, 2010                    By: /s/ Rosy H. Cho
                                        Rosy H. Cho, Esq.
                                        Attorney for Plaintiffs

Dated: July 15, 2010                    By: /s/ Aram A. Gavoor
                                        Aram A. Gavoor, Esq.
                                        Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The above stipulation by the parties is hereby approved by the Court.

The Scheduling Conference hearing is continued from July 20, 2010 to October 26, 2010 at 9:15 a.m. in Courtroom 7 before Judge Snyder.

IT IS SO ORDERED.

Dated:　July 16, 2010　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, to which opposing counsel are members.

<u>/s/ Rosy H. Cho</u>

Rosy H. Cho, Esq.
Attorney for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com