Rosy H. Cho, CBN 175704
Law Office of Rosy H. Cho
405 Sansome Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 274-9920
Facsimile: (415) 781-6683
e-mail: rosy@rosycholaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NAGEEB KASSEM AND NORA KASSEM, ) ) ) | Case No. 1:08-cv-00010 AWI_SMS |
| Plaintiffs, ) ) | STIPULATION TO CONTINUE OCTOBER 26, 2010 |
| v. ) ) | SCHEDULING CONFERENCE; ORDER THEREON |
| JANET NAPOLITANO, et al., ) ) | |
| Defendants ) ) ) | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, Rosy H. Cho, attorney for Plaintiffs Nageeb Kassem and Nora Kassem, Aram A. Gavoor, attorney for Defendants, that:

WHEREAS, the Court has set a Scheduling Conference in the above-entitled action for October 26, 2010;

WHEREAS, by order dated September 28, 2010, the Board of Immigration Appeals has granted Plaintiffs' motion to reopen his immigration court proceedings so that a newly-filed visa petition may be adjudicated by the United States Citizenship and

Immigration Service ("USCIS");

WHEREAS, the decision of the USCIS will impact whether Plaintiffs may obtain lawful permanent residency status for Mr. Nageeb Kassem and impact the course of this action;

NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court enter an order as follows:

1. The Scheduling Conference shall be continued from October 26, 2010 for at least ninety (90) days, or thereafter as is convenient for the Court.

The parties respectfully request that the Court approve this Stipulation.

Dated: October 13, 2010         By: /s/ Rosy H. Cho
                                Rosy H. Cho, Esq.
                                Attorney for Plaintiffs

Dated: October 13, 2010         By: /s/ Aram A. Gavoor
                                Aram A. Gavoor, Esq.
                                Attorney for Defendants

### ORDER

The above stipulation by the parties is hereby approved by the Court.

The Scheduling Conference hearing is continued from October 26, 2010 to January 19, 2011 at 9:15 a.m. in Courtroom Seven before Magistrate Judge Sandra M. Snyder.

**IT IS SO ORDERED.**

**Dated:   October 14, 2010              /s/ Sandra M. Snyder**
                                **UNITED STATES MAGISTRATE JUDGE**