BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2729

TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director, District Court Section
JEFFREY S. ROBINS
Senior Litigation Counsel
ARAM A. GAVOOR
Trial Attorney, District Court Section
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014

*Attorneys for the Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAGEEB KASSEM, *et al.,* | No. 1:08-CV-00010 AWI SMS |
| Plaintiffs, | Joint Stipulation and Order re: Dismissal |
| v. | |
| JANET NAPOLITANO, *et al.,* | |
| Defendants. | |

As indicated in the previous status updates of the parties, a new visa petition is pending before United States Citizenship and Immigration Services. Accordingly, the parties hereby stipulate to the voluntary dismissal of this action without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1).

Dated: April 7, 2011

Respectfully submitted,

-1-

1. BENJAMIN B. WAGNER      TONY WEST
   United States Attorney          Assistant Attorney General,
2.                                 Civil Division
3. */s/Audrey Hemesath*
   AUDREY B. HEMSATH          ELIZABETH STEVENS
4. Assistant U.S. Attorney        Assistant Director, District
                                  Court Section
5.
                                  */s/Aram A. Gavoor*
6.                                ARAM A. GAVOOR
                                  Trial Attorney, District Court
7.                                Section, Office of
                                  Immigration Litigation
8.
9.
10.
      /s/ *Rosy Cho*
11. ROSY CHO
    Attorney for Plaintiffs
12.

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   April 11, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE